IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAO MEE XIONG, | ) | 1:10at00298 |
| | ) | |
| | ) | ORDER TO SUBMIT COMPLETE |
| | ) | APPLICATION TO PROCEED IN |
| Plaintiff, | ) | FORMA PAUPERIS |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 24, 2010, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.  Plaintiff also filed an application to proceed in forma pauperis.  The application, however, was not signed.

Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in forma pauperis within twenty (20) days of the date of service of this order.

Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **April 28, 2010**                              **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

1