IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAO MEE XIONG, ) | 1:10at00298 |
| ) | |
| ) | ORDER TO SUBMIT COMPLETE |
| ) | APPLICATION TO PROCEED IN |
| Plaintiff, ) | FORMA PAUPERIS |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    On April 24, 2010, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. The Court ordered Plaintiff to submit a completed application to proceed in forma pauperis on April 29, 2010. On April 29, 2010, Plaintiff submitted an application pursuant to the Court's order, though the application was for another plaintiff in another action. The Court again ordered Plaintiff to submit a complete, signed application on May 4, 2010.

    On May 14, 2010, Plaintiff submitted the third application to proceed in forma pauperis in this action. Again, the application is incomplete. According to the application, Plaintiff is currently employed. If a claimant is employed, the application requires the claimant to "state the amount of your take-home salary or wages and pay period and given the name and address of your employer." Plaintiff has failed to provide this necessary information.

1  Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in
2  forma pauperis within twenty (20) days of the date of service of this order.  If Plaintiff is currently
3  employed, Plaintiff must provide the requested information.
4  Failure to comply with this order may result in a recommendation that this action be
5  dismissed.

7  IT IS SO ORDERED.
8  Dated:    May 17, 2010            /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE