Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Pao Mee Xiong,<br>　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security<br>　　　Defendant. | CASE NO. 1:10-cv-01135-AWI-DLB<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The current due date for Plaintiff's Confidential Brief is December 31, 2010. The new due date will be January 31, 2011. The scheduling order should be modified accordingly.

Dated: December 16, 2010     /s/ Sengthiene Bosavanh

　　　　　　　　　　　　　　　SENGTHIENE BOSAVANH, ESQ.
　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: December 16, 2010     BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　By: /s/ Daniel P. Talbert
　　　　　　　　　　　　　　　(as authorized via e-mail)
　　　　　　　　　　　　　　　DANIEL P. TALBERT
　　　　　　　　　　　　　　　Special Assistant United States Attorney

　　IT IS SO ORDERED.

**Dated:　December 22, 2010**　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE