IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAO MEE XIONG, | ) | 1:10cv01135 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 23) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 1, 2011, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file an opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before May 4, 2011.

IT IS SO ORDERED.

Dated:   **April 4, 2011**           **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1