IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

**PAO MEE XIONG**,                        )
                                          )          CIVIL NO. 1:10-cv-1135-AWI-DLB
        Plaintiff,                        )
                                          )          ORDER GRANTING AN AWARD OF
                v.                        )          ATTORNEYS' FEES PURSUANT TO 42
                                          )          U.S.C. § 406(B)
**MICHAEL J. ASTRUE**,                    )
Commsioner of Social Security,            )          (Doc. No. 37)
                                          )
        Defendant.                        )
_____          )

        Plaintiff filed a Motion for Attorneys Fees Pursuant To 42 U.S.C.§ 406(b) on May 28,

2013.  See Doc. No. 37.  Defendant filed a notice of non-opposition to the motion.  See Doc. No.

38.  In light of the non-opposition, the Court will grant Plaintiff's motion.

        Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for attorney's fees is GRANTED;

2.      Plaintiff's attorney Sengthiene Bosavanh is awarded attorney fees of $10,622.00 pursuant

        to 42 U.S.C. § 406(b);

3.      Social Security is directed to send this amount to Plaintiff's attorney, minus any

        applicable processing fees as allowed by statute; and

4.      Upon receipt of this fee, Sengthiene Bosavanh will reimburse to the Plaintiff the fee she

        was paid under the Equal Access to Justice Act (EAJA), $9,169.663, as required by

        statute.

IT IS SO ORDERED.

Dated:    June 6, 2013          _____
                                        SENIOR  DISTRICT  JUDGE