IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

**PAO MEE XIONG**,

    Plaintiff,

    v.

**MICHAEL J. ASTRUE**,
Commsioner of Social Security,

    Defendant.

CIVIL NO. 1:10-cv-1135-AWI-DLB

ORDER GRANTING AN AWARD OF ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 406(B)

(Doc. No. 37)

Plaintiff filed a Motion for Attorneys Fees Pursuant To 42 U.S.C.§ 406(b) on May 28, 2013.  See Doc. No. 37.  Defendant filed a notice of non-opposition to the motion.  See Doc. No. 38.  In light of the non-opposition, the Court will grant Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for attorney's fees is GRANTED;

2. Plaintiff's attorney Sengthiene Bosavanh is awarded attorney fees of $10,622.00 pursuant to 42 U.S.C. § 406(b);

3. Social Security is directed to send this amount to Plaintiff's attorney, minus any applicable processing fees as allowed by statute; and

4. Upon receipt of this fee, Sengthiene Bosavanh will reimburse to the Plaintiff the fee she was paid under the Equal Access to Justice Act (EAJA), $9,169.663, as required by statute.

IT IS SO ORDERED.

Dated:   June 6, 2013

                                          SENIOR  DISTRICT  JUDGE